UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AURORA REGINO,

Plaintiff-Appellant,

v.

KELLY STALEY, Superintendent,

Defendant-Appellee,

and

CAITLIN DALBY; et al.,

Defendants.

No.  23-16031

D.C. No.
2:23-cv-00032-JAM-DMC
Eastern District of California,
Sacramento

ORDER

Before:  WARDLAW, CHRISTEN, and BENNETT, Circuit Judges.

The panel has unanimously voted to deny Appellant's petition for panel rehearing.

The panel has unanimously voted to deny Appellant's petition for rehearing en banc and Appellee's petition for rehearing en banc.  The full court has been advised of the petitions for rehearing en banc, and no judge of the court has requested a vote on either petition.

Appellant's petition for panel rehearing and rehearing en banc (Dkt. 124) and Appellee's petition for rehearing en banc (Dkt. 125) are **DENIED**.